UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMALIEL NAJERA, | 1:06-CV-0336 AWI TAG HC |
| Petitioner, | ORDER REGARDING DOCUMENTS FILED IN SPANISH |
| v. | |
| A. SCRIVNER, | CLERK IS DIRECTED TO PROVIDE A COPY OF DOCUMENTS 5 AND 6 TO PETITIONER |
| Respondent. | (Docs. 5 & 6) |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. sec. 2254. On April 28, 2006, Petitioner submitted letters to the Court written in Spanish. (Docs. 5 & 6). The Court, however, does not accept filings in any language other than English. The Court is unable to read or comprehend the nature of these documents, and there are no appropriated funds available to translate documents Petitioner might file with the Court from Spanish into English.

The Court will therefore direct the Clerk of the Court to return a copy of Documents 5 and 6 to Petitioner. The Court will also grant Petitioner twenty (20) days from the date of service of this Order within which to resubmit the documents in English. Petitioner is advised that if he fails to resubmit the documents in English, the Court cannot consider the letters filed in Spanish.

Accordingly, it is HEREBY ORDERED that:

1. Petitioner's letters submitted April 28, 2006 (Docs. 5 and 6), are DISREGARDED as MOOT;

2. The Clerk of the Court is DIRECTED to provide petitioner with a copy of Documents 5 and 6; and

1

3. Petitioner is GRANTED twenty (20) days from the date of service of this order to resubmit his documents in English.

IT IS SO ORDERED.

Dated:  **May 22, 2006**           **/s/ Theresa A. Goldner**
**j6eb3d**                                     UNITED STATES MAGISTRATE JUDGE